IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS HOWELL,
CHERYL HOWELL,

      Plaintiffs,                        NO. 2:12-cv-2923-KJM-DAD

    v.

ITC SERVICE GROUP, INC.,           ORDER TO SHOW CAUSE

      Defendant.
_____/

        On April 9, 2013, the court issued an order requiring the parties to file a joint status report within thirty days. (ECF 8.) As of the date of this order, neither party has complied with the court's order. Moreover, defendant has not yet appeared in this action, although plaintiffs' counsel at one point indicated the parties were contemplating private mediation. Accordingly, counsel for plaintiffs is ordered to show cause on or before May 20, 2013, why plaintiffs should not be sanctioned, including with entry of default judgment, for failure to prosecute.

        IT IS SO ORDERED.

DATED: May 14, 2013.

_____
UNITED STATES DISTRICT JUDGE

1